PAULINE CIULLA, Appellant, v. DAVID CIULLA, Respondent.— In an action for a separation, plaintiff appeals from an order denying her motion to dismiss as insufficient on its face a counterclaim for annulment interposed by defendant. Order affirmed, without costs. No opinion. Nolan, P. J., Wenzel, Schmidt, Beldock and Murphy, JJ., concur. [207 Misc. 122.]